MALLERY et al. v. FACER et al. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) Action by Margaret Mallery and others against William Facer and others.

No opinion. Motion for reargument denied, without costs.